**In the Matter of Robert R. HYDE.**

**No. 711 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2002, Robert R. Hyde having been disbarred on consent from the practice of law in the State of North Carolina by Order of the Council of the North Carolina State Bar dated July 27, 2001; the said Robert R. Hyde having been directed on November 19, 2001, to inform this Court of any claim he has that the imposition of the identical or comparable discipline in this Commonwealth would be unwarranted and the reasons therefor, and no response having been filed, it is

ORDERED that Robert R. Hyde is disbarred from the practice of law in this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Raymond T. LEBON, Respondent.**

**No. 718 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 31, 2002.

*ORDER*

PER CURIAM.

AND NOW, this 31st day of January, 2002 upon consideration of the Report and Recommendations of the Disciplinary Board dated November 19, 2001, it is hereby

ORDERED that RAYMOND T. LeBON, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.